IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS DIVISION

| | | |
|---|---|---|
| ANGELA K. SHEETS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  23-cv-3754 |
| | ) | |
| GREENVILLE UNIVERSITY, | ) | **Plaintiff Demands Trial by Jury** |
| | ) | |
| Defendant. | ) | |

## COMPLAINT

Plaintiff, ANGELA K. SHEETS, by and through her attorneys, COLT W. JOHNSON and HASSELBERG, ROCK, BELL & KUPPLER, LLP, states as follows for her Complaint:

## PARTIES

1. Plaintiff, ANGELA K. SHEETS (hereinafter "Sheets"), resides in Peoria County, Illinois.

2. Defendant, GREENVILLE UNIVERSITY F/K/A GREENVILLE COLLEGE (hereinafter "Greenville"), is an Illinois Not-For-Profit Corporation located in Greenville, Illinois.

3. Greenville is a Christian liberal arts college.

4. Greenville receives federal financial assistance, such as Federal Pell Grants and Federal Supplemental Educational Opportunity Grants.

## JURISDICTION AND VENUE

5. Jurisdiction lies pursuant to Title IX of the Education Amendments of 1972 (codified as amended at 20 U.S.C. section 1681, *et seq.*) (hereinafter "Title IX").

1

6. Defendant resides in Bond County, in the State of Illinois. Therefore, Defendant is a resident of the state in which this district is located. As a result, venue lies in this district pursuant to 28 U.S.C. section 1391(b)(1).

7. All acts and events alleged in this Complaint occurred in Bond County, in the State of Illinois. Therefore, this action is based on claims that arose within this judicial district. As a result, venue also lies in this district pursuant to 28 U.S.C. section 1391(b)(2).

FACTUAL ALLEGATIONS

BACKGROUND AND QUALIFICATIONS

8. Sheets is female.

9. From 2010 to 2012, Sheets attended Greenville and pitched for its softball team.

10. On or about the Summer of 2011, Sheets began her coaching career as a private softball instructor. She would provide pitching lessons as well as individual offensive and defensive lessons.

11. On or about the Spring of 2012, Sheets obtained her bachelor's degree from Greenville in psychology.

12. On or about the Summer of 2012, Sheets was hired as head softball coach at Peoria Christian High School (hereinafter "PCHS").

13. Sheets quickly turned around PCHS's struggling softball program, which included leading PCHS to its first softball Regional Championship in school history.

14. During her time at PCHS, Sheets was also hired as head softball coach of Peoria Christian Junior High School. Thus, she oversaw the school's entire softball program.

15. On or about December of 2018, Sheets obtained her master's degree from Bradley University in clinical mental health counseling.

16. Sheets is a qualified mental health professional and has obtained various counseling certifications.

## GREENVILLE HIRES SHEETS

17. On or about May of 2020, Sheets received a call from Tom Ackerman (hereinafter "AD Ackerman"), Greenville's Athletic Director, who informed Sheets that the head softball coaching position at Greenville was available.

18. AD Ackerman asked Sheets to apply for the position.

19. On or about June 6, 2020, Sheets was hired as Greenville's head softball coach.

20. On or about July of 2020, Sheets moved to Greenville.

## THE 2021 SEASON

21. The 2021 season was Sheets' first season as Greenville's head softball coach.

22. Sheets was provided with a graduate assistant named Becca Oldham (hereinafter "Oldham") to help manage Greenville's softball program.

23. As a recent graduate, Oldham had played on the softball team with, and thus was friends with, many players still on the team.

24. Throughout the season, Oldham and some of her friends worked to undermine Sheets.

25. This included holding meetings with AD Ackerman and Hayle Gibson (hereinafter "Gibson"), Greenville's senior woman administrator and AD Ackerman's associate head woman's volleyball coach, where they would make false claims about Sheets.

26. The softball team went 9-15.

27. Still, the team had a third team NCCAA all-American, two players selected as third team all-conference, and nine all-academic players.

## POST-2021 SEASON REVIEWS

28. After the 2021 season was completed, Greenville sent out anonymous reviews for Oldham and the players to use to evaluate Sheets.

29. The reviews were voluntary.

30. Men's teams do not fill out anonymous reviews.

31. The reviews served as the basis for Sheets' yearly review meeting. Sheets was not provided any of the reviews nor were they placed in her employee file.

32. Oldham and some of her friends filled out the reviews and made false claims about Sheets on the anonymous reviews.

33. Sheets met with AD Ackerman, Gibson, and Stephen Groves—Associate Athletic Director and Assistant Men's Basketball Coach—for her yearly review meeting.

34. AD Ackerman generally described the reviews to Sheets, but did not

provide copies of the reviews to her.

35. At the yearly review meeting, AD Ackerman communicated that the softball program had been cursed for a long time and expressed that many of the players who made false claims about Sheets had struggled with their conduct before Sheets had arrived.

36. Sheets noted that, if the athletic department allowed the problematic players to return to the team the following year, the same issues would arise. She added that she was concerned that the problematic players would poorly influence and ruin her incoming recruits.

37. AD Ackerman did not want to remove the problematic players from the softball program. Instead, AD Ackerman suggested Sheets draft a team rule containing expectations. To stay on the team, each player would need to agree to the rules. In the alternative, if a player did not agree to the rules, the player would be allowed to transfer.

## CHANGES FOLLOWING THE 2021 SEASON

38. Sheets implemented AD Ackerman's suggestion by drafting team rules. The rules included: "respect all teammates and coaches," "no bullying or harassment," "fair playing time does not mean equal playing time," report grievances to Sheets before involving others at the athletic department, and to be positive.

39. Sheets and Ackerman, allegedly, told the players they should consider transferring if they do not agree to the rules.

40. Each player signed on to the team rules.

5

41. Following the 2021 season, Oldham left the softball program.

42. In Oldham's place, Ivan Estevez (hereinafter "Estevez"), a close friend of AD Ackerman and Sheet's assistant coach when she played softball for Greenville, was hired as a part-time assistant.

43. Sheets brought in 12 recruits.

44. Sheets was hopeful that these changes would help turn the softball program around.

## THE 2022 SEASON

45. Due to working a full-time job outside of his position as Sheets' part-time assistant, Estevez was often late to practice and could not travel to away games.

46. As a result, Sheets would often need to find someone to help with logistical matters, such as driving the players to games. For instance, over spring break, Sheets had to enlist her own family members to drive buses and supervise the team on their trip to the Carolinas.

47. Other than Estevez and whatever spotty help she could acquire, Sheets was on her own to run the 23-19 player roster.

48. As a result, Sheets began begging AD Ackerman to increase her coaching staff by adding a full-time assistant coach.

49. AD Ackerman responded that Sheets could only have a full-time assistant coach if there were over 30 players on the roster.

50. Sheets started a junior varsity program, who played a few games in 2022, and grew the roster to over 30 players for the upcoming 2023 season.

51. AD Ackerman backtracked, informing Sheets that she could only start looking for a graduate assistant, who would offer minimal help.

52. At this time, male head coaches at Greenville were supported by assistant coaches as follows:

   a. Lynn Carlson, head baseball coach, had two assistants;

   b. Dr. George Barber, head men's basketball coach, had four assistant coaches;

   c. Roy Mulholland, head women's basketball coach, had three assistant coaches;

   d. Anthony Macon, head bass fishing coach, had two assistant coaches;

   e. Brian Patton, head men's and woman's track coach, had seven assistant coaches;

   f. Robbie Schomaker, head football coach, had six assistant coaches;

   g. Chris Swift, head men's soccer coach, had two assistant coaches;

   h. Jeff Wardlaw, head woman's soccer coach, had one assistant coach;

   i. Brett Brannon, head men's and women's tennis coach, had one assistant coach;

   j. Chad Nelson, head men's volleyball coach, did not have an assistant coach; and

   k. AD Ackerman had four assistant coaches for his position as head women's volleyball coach.

53. The main issue that players brought to Sheets during the season was

playing time.

54. During the season, Sheets removed two players from the team for refusing to communicate with her and Estevez regarding their ability to play for the team. These players were roommates and friends with many girls on the team.

55. Ultimately, the softball team went 22-21 and made it all the way to the conference championship game.

56. Greenville had a softball player selected as first team all-region in NFCA Region VIII. The team also had nine players selected to an all-conference team, including one first team all-conference player. Three team members were selected to the NCCAA all region team. Three team members were selected to the all-conference tournament team. The team had a player named NCCAA player of the week five times and a player named conference player of the week six times. A Greenville softball player led the conference in home runs. A Greenville pitcher led the conference in strikeouts. The team led the conference in runs, hits, doubles, RBIs, and homeruns.

## NEW SPORTS COMPLEX

57. During the season, the athletic department was in the process of planning a multimillion-dollar sports complex.

58. The athletic department planned to not have any female specific locker rooms or showers.

59. Instead, after the football season, the softball program would share the football locker room with the women's track team.

60. Each men's team would receive its own space.

61. The baseball program would have its own wing in the complex.

62. Sheets constantly advocated for the female sports and against this plan.

## POST-2022 SEASON REVIEWS

63. After the 2022 season, Greenville sent out anonymous reviews for the softball players to use to evaluate Sheets.

64. The reviews were voluntary.

65. Men's teams do not fill out anonymous reviews.

66. The reviews served as the basis for Sheets' yearly review meeting.

67. Once again, players used the anonymous reviews to make false accusations against Sheets.

68. On or about May 13, 2022, Sheets had her yearly review meeting.

69. AD Ackerman informed Sheets, "you aren't going to want to read [the reviews] here" and noted the situation was out of his hands. He added that the human resource department would have to handle the situation and would call Sheets.

70. Upon examining the reviews, Sheets realized that there were nine positive reviews and nine reviews containing false accusations.

71. In softball, only nine players can be on the field at one time.

72. The false accusations included allegations that Sheets is mentally and physically abusive.

73. Especially as a clinical mental health professional who has dedicated her life to incorporating the importance of mental health into her coaching

philosophy, Sheets was horrified by the false accusations.

## THE INVESTIGATION

74. When Sheets did not receive a call from the human resource department, Sheets called the human resource department. Sheets was informed that Katrina Lopez Liss (hereinafter "Liss"), Greenville's Chief Diversity and Culture Coordinator and the Title IX Coordinator, was performing an investigation into Sheets, as the player complaints to human resources had turned into to a Title IX investigation against Sheets.

75. Sheets spoke to Liss, who informed Sheets that she should not be worried about losing her job as a result of the investigation.

76. Liss added that Sheets could have one or two confidants.

77. Sheets confided in Estevez, who reassured Sheets that she did nothing wrong, that the allegations were false, and that the season went well.

78. On or about May 14, 2022, AD Ackerman told Sheets to continue her usual duties as head softball coach unless told otherwise.

79. On or about May 16, 2022, Sheets informed Liss that Liss should contact Estevez and Shelby Cash, a softball alum who often volunteered to help Sheets, as witnesses who spent a lot of time around Sheets and the players.

80. Liss responded by noting that Liss would interview the complaining players, then Liss would schedule a time to provide Sheets an opportunity to respond.

81. Sheets put together a list of contacts who know her character and witnessed the season and her interactions with the players.

82. On or about May 18, 2023, Sheets emailed Liss a list of six contacts who could speak about Sheets' interactions with players and about Sheets' character.

83. On or about May 26, 2022, Sheets asked AD Ackerman and Liss if she could schedule a meeting to discuss the investigation. Specifically, Sheets expressed concern over how to approach potential recruits at upcoming softball showcases and camps, given that she was under investigation.

84. Sheets had 14 recruits who were set to arrive in the Fall of 2023. She already had obtained eight recruiting commitments for the next recruiting year.

85. On May 27, 2022, Liss informed Sheets that Sheets was terminated.

86. Greenville's Title IX Sex Discrimination Policy specifically notes that: "The investigator will collect all relevant documents and information from each party and establish a deadline for the receipt of such information and documents from each party. The investigator will also interview any relevant witnesses to the allegations and may request documentation from the appropriate departments and offices at the University. Both the Complainant and the Respondent shall have the right to provide witness information and evidence to the investigator."

87. Greenville Title IX resources further provide: "The investigation and resolution process will afford both parties (complainant and respondent) the same opportunities to have others present, including the opportunity to be accompanied to any related meeting or proceeding by an advisor of their choice. In addition, the process will afford the complainant and the respondent equal rights to: present witnesses and information; obtain notification of the timeframes for all major stages

of the investigation; receive simultaneous written notification of the result of any institutional disciplinary proceedings; and have equal rights of appeal, if any."

88. Upon learning about the termination, Estevez informed Sheets that he was never contacted in relation to the investigation.

89. Sheets' other contacts and witnesses confirmed that they had never been contacted during the investigation.

90. Instead, Liss only spoke with the players making the false accusations.

91. Additionally, Greenville's Title IX Sex Discrimination Policy notes that: "Within sixty (60) days after the date of the complaint, the investigator will render a decision as to whether, by a preponderance of the evidence, sex discrimination has or has not occurred. Such decision shall be supported by a written report containing findings of fact, along with a recommendation by the investigator of any remedial and/or disciplinary action(s) to be taken. Within ten (10) days of the date of the decision, the Title IX Coordinator shall notify in writing the Complainant and the Respondent of the decision."

92. Liss merely orally informed Sheets that the termination was for a long list of reasons that Sheets would not agree with. Liss never told Sheets what these reasons were, nor provided them to her.

LANDSCAPE POST-TERMINATION

93. Following Sheets' termination, there were no female head coaches at Greenville.

94. The only other female head coach, Kelci Feist (hereinafter "Feist"),

Greenville's cheerleading coach, had been terminated after an investigation a few weeks prior to Sheets' termination.

95. Feist was not provided with an assistant coach.

96. Following Sheets' termination, AD Ackerman replaced Sheets with Estevez.

97. AD Ackerman immediately gave Estevez the support of two full-time assistant coaches.

98. Currently, Greenville's male head coaches are supported by the following:

    a. Lynn Carlson, head baseball coach, has four assistant coaches;

    b. Dr. George Barber, head men's basketball coach, has four assistant coaches;

    c. Roy Mulholland, head women's basketball coach, has one assistant coach;

    d. Quinten Brown, head bass fishing coach, has one assistant coach;

    e. Brian Patton, head men's and woman's track coach, has five assistant coaches;

    f. Robbie Schomaker, head football coach, has five assistant coaches;

    g. Zach Peters, head men's and women's gymnastics coach, has one assistant coach;

    h. Chris Swift, head men's soccer coach, has four assistant coaches;

    i. Jeff Wardlaw, head woman's soccer coach, has two assistant coaches;

    j. Estevez now has one assistant coach;

    k. Brett Brannon, head men's and women's tennis coach, has two assistant coaches; and

    l. AD Ackerman has three assistants for his position as head volleyball coach.

99. Currently, Greenville's female head coaches are supported by the following:

    a. Emily Butler, head men's volleyball coach, does not have an assistant coach; and

    b. Stephanie Brant, head cheerleading and dance coach, has one assistant.

100. Many male head coaches have been at Greenville for extended periods of time. For instance:

    a. Lynn Carlson has been head baseball coach since 1997;

    b. Dr. George Barber has been head men's basketball coach since 1999;

    c. Roy Mulholland has been head women's basketball coach since 1999;

    d. Brian Patton has been head men and women's track coach since 1994;

    e. Robbie Schomaker has been head football coach since 2013;

    f. Chris Swift has been head men's soccer coach since 2013;

    g. Jeff Wardlaw has been head women's soccer coach since 2012;

    h. Brett Brannon has been head men's tennis coach since 2002 and

      women's tennis coach since 2017; and

      i. Tom Ackerman has been head women's volleyball coach since 2002.

101. Gibson is the only female coach who has been employed by Greenville for more than five years.

102. Gibson played volleyball for AD Ackerman from 2010 to 2013, began her coaching career as AD Ackerman's assistant volleyball coach in 2014, was promoted to be AD Ackerman's associate head volleyball coach and senior woman administrator in 2019, and was promoted to be AD Ackerman's Associate Athletic Director in 2021.

## COUNT I[1]

VIOLATION OF TITLE IX, 20 U.S.C. § 1681, *et seq.*

(RETALIATION FOR OPPOSING DISCRIMINATORY ASSISTANT POLICY)

103. Sheets re-alleges and incorporates allegations 1-102 into this Count.

104. Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." 20 U.S.C. § 1681(a).

105. "Title IX implies a private right of action to enforce its prohibition on intentional sex discrimination." *Jackson v. Birmingham Bd. of Educ.*, 544 U.S. 167, 173 (2005).

106. "[W]hen a funding recipient retaliates against a person *because* [s]he

---

[1] Sheets also filed for sex discrimination under Title VII due to the above facts. She awaits a right to sue letter from the EEOC.

15

complains of sex discrimination, this constitutes intentional 'discrimination' 'on the basis of sex,' in violation of Title IX." *Id.* at 173–74.

107. Greenville softball is an educational program or activity, as it is part of the athletic operations of a college.

108. Greenville receives Federal financial assistance.

109. Greenville provides a substantial number of assistant coaches to male head coaches. It does not do so for female head coaches in violation of Title IX.

110. Sheets engaged in statutorily protected activity by opposing Greenville's discriminatory assignment of assistant coaches on the basis of the head coach's sex and advocating for additional assistant coaches for herself.

111. Sheets was terminated for opposing Greenville's sex discrimination in discriminatory assignment of assistant coaches on the basis of the head coach's sex and advocating for additional assistant coaches for herself.

112. The Title IX investigation into Sheets was pretext for opposing Greenville's discriminatory assignment of assistant coaches on the basis of the head coach's sex and advocating for additional assistant coaches for herself.

WHEREFORE, Plaintiff, ANGELA K. SHEETS, respectfully requests that this Court enter judgment in her favor and against Defendant, GREENVILLE UNIVERSITY, and grant the following relief:

    A.    Back pay that Plaintiff would have earned, together with related monetary benefits and interest thereon;

    B.    Compensatory damages in an amount determined at trial of this matter;

C. An award of Plaintiff's attorney fees, including legal expenses, and costs; and

D. Such further relief as the Court deems just and proper.

**PLAINTIFF DEMAND TRIAL BY JURY.**

COUNT II

VIOLATION OF TITLE IX, 20 U.S.C. § 1681, *et seq.*

(RETALIATION FOR OPPOSING DISCRIMINATORY SPORTS COMPLEX)

113. Sheets re-alleges and incorporates allegations 1-102 into this Count.

114. Title IX provides that "[n]o person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." 20 U.S.C. § 1681(a).

115. "Title IX implies a private right of action to enforce its prohibition on intentional sex discrimination." *Jackson v. Birmingham Bd. of Educ.*, 544 U.S. 167, 173 (2005).

116. "[W]hen a funding recipient retaliates against a person *because* [s]he complains of sex discrimination, this constitutes intentional 'discrimination' 'on the basis of sex,' in violation of Title IX." *Id.* at 173–74.

117. Under Title IX, facilities provided to one sex must "be comparable to such facilities provided for students of the other sex." *See* 65 FED. REG. 52858, 52871 (effective September 29, 2000).

118. Greenville softball is an educational program or activity, as it is part of

the athletic operations of a college.

119. Greenville receives Federal financial assistance.

120. Greenville's planned sports complex did not provide comparable facilities for each sex in violation of Title IX.

121. Sheets engaged in statutorily protected activity by opposing Greenville's plan for a sports complex that did not provide comparable facilities for each sex.

122. Sheets was terminated for opposing Greenville's plan for a sports complex that did not provide comparable facilities for each sex.

123. The Title IX investigation into Sheets was pretext for terminating Sheets for opposing Greenville's plan for a sports complex that did not provide comparable facilities for each sex.

WHEREFORE, Plaintiff, ANGELA K. SHEETS, respectfully requests that this Court enter judgment in her favor and against Defendant, GREENVILLE UNIVERSITY, and grant the following relief:

A. Back pay that Plaintiff would have earned, together with related monetary benefits and interest thereon;

B. Compensatory damages in an amount determined at trial of this matter;

C. An award of Plaintiff's attorney fees, including legal expenses, and costs; and

D. Such further relief as the Court deems just and proper.

**PLAINTIFF DEMAND TRIAL BY JURY.**

           Angela K. Sheets,
            Plaintiff.

         By: */s/ Colt W. Johnson*    .
           One of her attorneys

Colt W. Johnson, Esq. (ARDC No. 6300118)
Hasselberg, Rock, Bell, & Kuppler, LLP
4600 N. Brandywine Drive, Suite 200
Peoria, Illinois 61614
Ph: (309) 688-9400
Fax: (309) 688-9430
Email: cjohnson@hrbklaw.com

T:\JLG\Sheets, Angela\Pleadings\Draft\Title IX Complaint.docx